**STATE v. BRITT**

[363 N.C. 256 (2009)]

| | | |
|---|---|---|
| BARNEY BRITT | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| STATE OF NORTH CAROLINA | ) | |

No. 488A07

Having reviewed the briefs and heard oral arguments on plaintiff's appeal on 5 May 2008, the Court now *ex mero motu* withdraws its previous order, dated 6 December 2007, dismissing *ex mero motu* plaintiff's notice of appeal (substantial constitutional question), and retains plaintiff's notice of appeal as to the following issue only: Whether the application of the 2004 amendment to N.C.G.S. § 14-415.1 to plaintiff violates his rights under N.C. Const. art. I, § 30.

Plaintiff shall have forty-five (45) days from the date of this order to file and serve his brief and defendant shall have 45 days from the service of plaintiff's brief to file and serve its brief. There will be no further oral argument in this matter.

By Order of the Court in Conference, this 24th day of March, 2009.

s/Hudson, J.
For the Court